United States District Court
for the District of New Jersey

_____          :
                                                :
**IN THE MATTER OF THE COMPLAINT OF**
**DONJON MARINE CO.**                           :
                                                :    Civil No. 09-1815
         Petitioner                             :
                                                :    Order of Reassignment
                                                :
                                                :
                                                :
_____          :


It is on this 11th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Susan D. Wigenton.


                                    S/Garrett E. Brown, Jr.
                                    Garrett E. Brown, Jr., Chief Judge
                                    United States District Court